**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00174-CV**

_____

**IN RE L & S PRO-LINE, LLC AND LEE BURKETT**

_____

**Original Proceeding**
**457th District Court of Montgomery County, Texas**
**Trial Cause No. 18-06-07704-CV**

_____

**ORDER**

L & S Pro-Line, LLC and Lee Burkett, Relators, filed a petition for a writ of mandamus or prohibition and a motion for temporary relief. *See* Tex. R. App. P. 52. Relators allege that they filed notice of appeal from the trial court's judgment in Trial Cause Number 18-06-07704-CV, *L & S Pro-Line, LLC, et al. v. Garrett Gagliano, et al.* Relators seek a writ compelling the Honorable Vince Santini, Judge of the 457th District Court of Montgomery County, Texas, to cancel hearings on motions to enforce a superseded judgment. *See* Tex. Gov't Code Ann. § 22.221.

1

Relators request that all further proceedings in the trial court be stayed while this Court considers the mandamus petition. The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that all further trial court proceedings in Trial Cause Number 18-06-07704-CV are STAYED until our opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of Relators as a condition to any relief herein granted.

The response of the Real Parties in Interest, Garrett Gagliano, Snook Holdings, LLC, and Tactical Automation, Inc., is due July 6, 2021.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED June 24, 2021.

PER CURIAM

Before Golemon, C.J., Kreger and Horton, JJ.